# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Shawn Kierstead

    v.                                         No. 05-fp-432

Northern NH Correctional
Facility, Warden, et al.

## ORDER GRANTING REQUEST TO
## PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **05-cv-432-JD**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  December 14, 2005

cc:    Shawn Kierstead, *pro se*