UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Shawn Kierstead

    v.                         No. 05-fp-432

Northern NH Correctional
Facility, Warden, et al.

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **05-cv-432-JD**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   December 14, 2005

cc:     Shawn Kierstead, *pro se*