UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Shawn Kierstead</u>

v.                                      Civil No. 05-cv-432-JD

<u>Northern NH Correctional Facility, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 13, 2006, no objection having been filed.

SO ORDERED.

April 6, 2006                          <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

cc:     Shawn Kierstead, pro se